UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| PETER WEST, ET AL. | * | CIVIL NO. 6: 09-1310 |
|---|---|---|
| VERSUS | * | JUDGE DOHERTY |
| LOWES HOME CENTERS, INC. | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly,

**IT IS ORDERED** that the plaintiffs' Motion for Notice to Potential Class Members is **GRANTED in part and DENIED in part.** Accordingly, a class consisting of external managers in training is conditionally certified. The plaintiffs' right to request conditional certification with respect to internal managers in training after additional discovery is reserved.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __14__ day of __January__, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE